DATE: August 5, 2025

The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. *Daniel Torres Cruz, s/k/a Daniel Torres-Cruz*
   *v. Commonwealth of Virginia*
   Record No. 1850-23-3
   Opinion rendered by Judge Athey on
   May 20, 2025

2. *City of Virginia Beach*
   *v. Larry W. Mathias, et al.*
   Record No. 2073-23-1
   Opinion rendered by Judge Chaney on
   June 10, 2025

3. *Samuel Marvin Kuykendall*
   *v. Commonwealth of Virginia*
   Record No. 0577-24-3
   Opinion rendered by Judge Chaney on
   June 10, 2025

4. *Rasheed Daniel Fleming, s/k/a Rasheed N. Fleming*
   *v. Commonwealth of Virginia*
   Record No. 0867-24-2
   Opinion rendered by Senior Judge Clements on
   June 10, 2025

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. *Elwood Lewis Thomas*
   *v. Commonwealth of Virginia*
   Record No. 1429-22-4
   Opinion rendered by Judge Raphael
     on September 17, 2024
   Refused (240880)

2. *Ryan Douglas Roberts*
   *v. Commonwealth of Virginia*
   Record No. 1427-23-2
   Opinion rendered by Judge Raphael
     on September 17, 2024
   Refused (240889)

3. *Henri Mauricio Perez Flores*
   *v. Commonwealth of Virginia*
   Record No. 1110-23-4
   Opinion rendered by Judge Lorish
     on October 1, 2024
   Refused (240931)

4. *Woodrock River Walk LLC*
   *v. Lloyd Rice, et al.*
   Record No. 1860-23-3
   Opinion rendered by Judge Ortiz
     on October 8, 2024
   Refused (241025)

5. *Tysons Corner Hotel Plaza LLC*
   *v. Fairfax County*
   Record No. 1655-23-4
   Opinion rendered by Senior Judge Annunziata
     on October 29, 2024
   Refused (241018)

6. *Commonwealth of Virginia, Department of Taxation*
   *v. FJ Management, Inc., d/b/a FJI, Inc.*
   Record No. 0701-23-2
   Opinion rendered by Judge Callins
     on November 12, 2024
   Refused (241110)

7. *William Winn Khine*
   *v. Commonwealth of Virginia*
   Record No. 1351-23-1
   Opinion rendered by Judge Beales
     on November 12, 2024
   Refused (250030)

8. *Erica Rakia Evans*
   *v. Commonwealth of Virginia*
   Record No. 1996-23-1
   Opinion rendered by Judge Raphael
     on November 19, 2024
   Refused (241087)

9. *Ted Anthony Jennings, Jr.*
   *v. Commonwealth of Virginia*
   Record No. 1407-22-3
   Opinion rendered by Judge Lorish
     on December 3, 2024
   Refused (250066)

10. *Rachel Dodson, et al.*
    *v. Richard Paul Kleffman and Hunter Scott Kleffman, Co-Administrators of the Estate of Leanne Loos Kleffman, deceased*
    Record No. 0518-24-4
    Opinion rendered by Judge Friedman
      on March 18, 2025
    Dismissed pursuant to Rule 5:14(a) (250398)